No. 10–5701. KARAWI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5702. LANGE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5703. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5704. PAYNE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5705. WILLIAMS v. SNYDER ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–5707. AHAMAD v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 10–5708. BOGLE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5713. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5714. VALDIVIA-PEREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5715. URENA GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5716. WEBB v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5719. SCOTT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5722. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5723. TOTARO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5724. WIEST v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5725. FIELDING v. GRANT, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.